UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. |
| v. : | 3-01-cr-37 (JCH) |
| : | |
| TYREE ROBINSON : | JANUARY 23, 2006 |

**RULING RE: MOTION FOR MISCELLANEOUS RELIEF [DKT. NO. 72]**

Treating defendant's letter as a Motion to Resentence [Dkt. No. 72], it is denied. Defendant's judgment was final as of February 3, 2003, well before the Booker decision, which is not retroactive, and does not apply to cases which had gone to final judgment at the time Booker was decided.  See U.S. v. Booker, 125 S.Ct. 738, 769 (2005); Guzman v. United States, 404 F.3d 139, 141 (2d Cir. 2005).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 23rd day of January, 2006.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge