# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. TYREE ROBINSON                           Docket No. 3:01CR00037(JCH)

**FILED**
2008 JUN 23 P 4: 03
US DISTRICT COURT
BRIDGEPORT, CONN.

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Paul Collette, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tyree Robinson, who was sentenced to thirty-six months' imprisonment for a violation of 18 U.S.C. § 922(g), Possession of a Firearm by a Convicted Felon, by the Honorable Janet C. Hall, U.S. District Judge, for the District of Connecticut, on November 5, 2001, who fixed the period of supervision at 3 years which commenced on June 9, 2008 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in an mental health counseling program as directed by the probation officer; 2) The defendant shall participate in a substance abuse treatment program as directed by the probation officer; and 3) The defendant shall pay all, or a portion of, the costs associated with mental health treatment and substance abuse treatment based on his ability to pay, in an amount determined by the probation officer. The defendant's supervision is scheduled to terminate on June 8, 2011.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 - Condition Violated
Standard Condition: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

On June 9, 2008 and June 11, 2008, during office visits in the New Haven Probation Office, the defendant was read the Standard and Special Conditions of Supervised Release. He was directed to sign a copy of the conditions and to provide the address of his residence. The defendant refused to disclose the location of his residence to the probation officer. The defendant refused to sign a copy of the Standard Conditions of Supervised Release.

Charge No. 2 - Condition Violated
Standard Condition: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

On June 20, 2008, the defendant was directed to report to the Probation Office in New Haven. The defendant refused to report and, when contacted via his cell phone, informed the probation officer he was not on probation or supervised release.

Charge No. 3 - Condition Violated
Standard Condition: "The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer."

On June 9, 2008 and June 11, 2008, the defendant was informed by the probation officer that a home visit will need to be conducted immediately. The defendant informed the probation officer that he would not provide the location of his residence to the probation officer and will not allow the probation officer to conduct a home visit.

      **PRAYING THAT THE COURT WILL ORDER** a warrant to issue, with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 23RD day of June 2008, and ordered filed and made a part of the records in the above case.

/s/ Janet C. Hall, USDJ

The Honorable Janet C. Hall
United States District Judge

Sworn to By _____

Paul Collette
Senior United States Probation Officer

Place Bridgeport, CT

Date June 23, 2008

Before me, the Honorable Janet C. Hall, United States District Judge, on this 23rd day of June 2008 at Bridgeport, Connecticut, Senior U.S. Probation Officer Paul Collette appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Janet C. Hall, USDJ

The Honorable Janet C. Hall
United States District Judge

JFM