UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2008 JUN 25 P 4: 21
U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES OF AMERICA          :

V                                 : CASE NO: 3:01crR00037(CONN)(JCH)

TYREE ROBINSON                    : June 24, 2008

## NOTICE OF APPEARANCE

Attorney Gerald L. Harmon hereby respectfully files his appearance in the above referenced matter as Counsel for Mr. Tyree Robinson in lieu of all Attorneys of Record.

Respectfully submitted,
Attorney Gerald L. Harmon

By _____
Gerald L. Harmon, Esq.
290 Pratt Street
Meriden, CT 06450
Ct13523

## CERTIFICATION

I hereby certify that copies of the foregoing Notice of Appearance were hand delivered to the following parties of record on June 25, 2008.

Assistant United States Attorney
915 Lafayette Boulevard
Bridgeport, Ct 06604

District Of Connecticut
Criminal Clerk's Office
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Gerald L. Harmon, Esq.