# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States

v.

Tyree Robinson

**APPEARANCE**

CASE NUMBER: 3:01-cr-00037-JCH

To the Clerk of this court and all parties of record: Robert Golger

Enter my appearance as counsel in this case for: Tyree Robinson

__June 26 2008__
**Date**

__03116__
**Connecticut Federal Bar Number**

__255-9928__
**Telephone Number**

__255-6618__
**Fax Number**

__rgolger@grlaw.com__
**E-mail address**

__/s/__
**Signature**

__Robert Golger__
**Print Clearly or Type Name**

__One Post Rd__
**Address**

__Fairfield CT 06825__

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

William Nardini
Asst United State Attorney
157 Church St 23rd Floor
New Haven, CT

__/s/__
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001