HONORABLE **H?? Fitzsimmons**
DEPUTY CLERK **Carrillo**   RPTR/ECRO/TAPE **S Baldwin**
USPO **P Colette**   INTERPRETER _____

TOTAL TIME: ____ hours **20** minutes
DATE **6-30-08**   START TIME **4:00**   END TIME **4:20**

CR. No. **3:01cr37 (JCH)**   DEFT # _____

UNITED STATES OF AMERICA §
§   **Wm Nardini** AUSA
vs. §
§
**Tyree Robinson** §   **Robert Golger** [C]
Counsel for Defendant: CJA (C), Ret (R), PDA (P)

### PROBATION/SUPERVISED RELEASE VIOLATION HEARING

[x] SUPERVISED RELEASE   [ ] PROBATION   [ ] COMPLIANCE HEARING (check one)

- [ ] Deft arrested on _____
- [ ] Deft failed to appear, Bench warrant to issue
- [ ] Violation Hrg continued until _____ at _____
- [ ] Deft admits violation
- [ ] CJA 23 Financial Affidavit filed [ ] sealed by the Court.
- [ ] Court appoints _____ to represent defendant [ ] for this proceeding [ ] for entire proceeding; CJA Appointment date: _____
- [ ] Order appointing Federal Public Defender's Office filed
- [x] Court finds deft [x] has [ ] has not violated terms of [ ] probation [x] supervised release  *Probable cause*
- [ ] Probation/Supervised Release [ ] revoked [ ] continued [ ] modified
- [ ] _____ months imprisonment on Count(s) _____
- [ ] Upon release the defendant shall be on supervised release for a term of _____ years/months
- [ ] [ ] Supervised release [ ] probation continued for a period of _____ years/months on count(s) _____
- [ ] Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
- [ ] Court recommends incarceration at _____
- [ ] Deft shall pay $_____ per month for the cost of [ ] incarceration [ ] supervised release [ ] community confinement (Halfway House)
- [ ] Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
- [ ] Deft ordered to surrender on _____ to [ ] U.S. Marshal [ ] institution
- [ ] Bond [ ] continued [ ] set at $_____ [ ] Non-surety [ ] Surety [ ] PR
- [ ] Violation sentencing set for _____
- [x] Deft detained
- [x] Violation hearing to be scheduled w/ JCH
- [x] Oral motion by USA for psychiatric evaluation - Advisement

[ ] SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE