UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal No: 3:01CR00037(JCH) |
| | : | |
| TYREE ROBINSON | : | |

**ORDER OF PSYCHIATRIC EXAMINATION**
**TO ASSIST IN DETERMINATION OF SENTENCE**

On June 30, 2008, the defendant was presented before the Court for an initial appearance regarding Revocation of Supervised Release. The Court has determined that a psychiatric evaluation, including psychological testing if deemed appropriate, is necessary to assist the Court in the determination of a sentence.

IT IS ORDERED, pursuant to 18 U.S.C. § 3552(c), that the Probation Office make arrangements for the defendant to be examined by a qualified professional in order to determine (1) whether the defendant currently suffers from any mental disorder, (2) whether the defendant presents a danger to society, and (3) recommendations for any treatment that may be deemed necessary.

The Probation Office will share with the examiner such material in its possession that will assist in the examination, including the presentence report. The evaluation will be disclosed in accordance with Local Rule 9.

Signed and dated at Bridgeport, Connecticut, this 5th day of August, 2008.

/s/ Janet C. Hall
The Honorable Janet C. Hall
United States District Judge