U.S.A.

v.

Tyree Robinson

FILED

criminal #0205-3:01 cr00037-00(JCH)

2008 AUG 19 A 8:29

U.S. DISTRICT COURT
BRIDGEPORT, CONN
August 8, 2008

## Motion for the Appointment of New Counsel

I the undersigned defendant moves that the court allows new counsel be appointed. In support that the attorney/client relationship has been completely broken down.

Respectfully submitted

By Tyree Robinson

950 High Street
Central Falls, R.I.
02863

notary
exp 9/27/08
8/8/08

---

Janet C. Hall
Honorable U.S.
District Judge.
915 Lafayette Boul.
Bridgeport, Conn
06604